IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL SUGAR COMPANY, IMPERIAL DISTRIBUTING, INC., SAVANNAH FOODS INDUSTRIAL, INC., IMPERIAL-SAVANNAH, LP, BIOMASS CORPORATION, SAVANNAH MOLASSES & SPECIALTIES COMPANY, SAVANNAH FOODS & INDUSTRIES, INC., SAVANNAH SUGAR REFINING CORPORATION, and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.<br><br>1:11-CV-02778-WSD |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, American Guarantee & Liability Insurance Company ("AGLIC"), St. Paul Fire and Marine Insurance Company ("St. Paul"), and Imperial Sugar Company, Imperial Distributing, Inc., Savannah Foods Industrial, Inc., Imperial-Savannah, LP, Biomass Corporation, Savannah Molasses & Specialties Company, Savannah Foods & Industries, Inc., Savannah Sugar Refining Corporation ("Imperial

Defendants") stipulate to the dismissal of this case with prejudice. The parties stipulate that:

1. Imperial Sugar Company dismisses with prejudice its counterclaims and crossclaims;

2. AGLIC and St. Paul each dismiss with prejudice their claims and crossclaims against the Imperial Defendants.

Each party will bear its own costs.

Respectfully submitted this January 18, 2013.

/s/ Linda B. Foster
Linda B. Foster
lindafoster@wncwlaw.com
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
Tel: (404) 926-4500, Fax: (404) 926-4600
*Attorney for St. Paul Fire and Marine Insurance Company*

Gerald L. Mize, Jr.
Gerald L. Mize, Jr.
gerald.mize@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
*Attorney for Imperial Defendants*

/s/ J. Stephen Berry
J. Randolph Evans
Georgia Bar No. 252336
revans@mckennalong.com
J. Stephen Berry
Georgia Bar No. 053106
sberry@mckennalong.com
McKENNA LONG & ALDRIDGE, LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Fax: (404) 527-4198
*Attorneys for American Guarantee and Liability Company*

## CERTIFICATE OF FONT COMPLIANCE

The undersigned attorney hereby certifies that the fonts in this brief comply with Local Rule 5.1.

This January18, 2013,

/s/ J. Stephen Berry
J. Randolph Evans
GA Bar No. 252336
revans@mckennalong.com
J. Stephen Berry
GA Bar No. 053106
sberry@mckennalong.com
McKENNA LONG & ALDRIDGE, LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Fax: (404) 527-4198

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 18, 2013, a true and correct copy of the foregoing document was forwarded by electronic means through the Court's ECF System to:

Linda B. Foster
e-mail: lindafoster@wncwlaw.com
Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
Tel: (404) 926-4500, Fax: (404) 926-4600
*Attorney for St. Paul Fire and Marine Insurance Company*

Gerald L. Mize, Jr.
e-mail: gerald.mize@alston.com
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000, Fax: (404) 881-7777
*Attorney for Imperial Defendants*

/s/ *J. Stephen Berry*
J. Stephen Berry
GA Bar No. 053106
sberry@mckennalong.com
McKENNA LONG & ALDRIDGE, LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308-3265
Telephone: (404) 527-4000
Fax: (404) 527-4198